## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE J. FLEISCHMAN                Chapter 13

            Debtor            Bankruptcy No. 16-13219-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 800
PHILADELPHIA, PA 19102-3604

Debtor:
CHRISTINE J. FLEISCHMAN

443 Leedom St.

Jenkintown, PA 19046-