## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christine J. Fleischman aka Christine J. Maddox<br>　　　　　　　　　Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　　　Movant<br>vs.<br>Christine J. Fleischman aka Christine J. Maddox<br>　　　　　　　　　Debtor | NO. 16-13219 AMC |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this _____ day of _____ /2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 441-443 Leedom Street Jenkintown, PA 19046. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Bankruptcy Judge.

cc: See attached service list