United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christine J. Fleischman
    Debtor

Case No. 16-13219-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey    Page 1 of 1    Date Rcvd: Jul 18, 2016
                       Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
db             +Christine J. Fleischman,   443 Leedom St.,    Jenkintown, PA 19046-2728
13726657       +Captial Bank,   PO Box 539,    Horsham, Pennsylvania 19044-0539
13726658        PECO,   POB 13778,    PHILADELPHIA, Pennsylvania 19101-3778
13726659       +PNC BANK,   2730 LIBERTY AVENUE,    PITTSBURG, Pennsylvania 15222-4747
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13756237       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 19 2016 01:55:09     PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13736033        E-mail/Text: appebnmailbox@sprint.com Jul 19 2016 01:55:38     Sprint Corp.,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KUTZER    on behalf of Debtor Christine J. Fleischman mpkutzer1@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE J. FLEISCHMAN                Chapter 13

                Debtor                Bankruptcy No. 16-13219-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this ____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 800
PHILADELPHIA, PA 19102-3604

Debtor:
CHRISTINE J. FLEISCHMAN

443 Leedom St.

Jenkintown, PA 19046-